602 A.2d 903

In re Appeal of the MARIETTA GRAVITY WATER COMPA-
NY from the Decision of the East Donegal Township
Board of Supervisors–Village at Rivermoore Plan.

Appeal of MARIETTA GRAVITY WATER COMPANY.

Commonwealth Court of Pennsylvania.

Argued Dec. 19, 1991.

Decided Jan. 24, 1992.

Matthew J. Creme, Jr., for appellant.

Robert W. Hallinger, for appellees.

Before COLINS and KELLEY, JJ., and LORD, Senior
Judge.

COLINS, Judge.

The Marietta Gravity Water Company (Marietta) appeals
from the December 7, 1990 order of the Court of Common
Pleas of Lancaster County (Common Pleas) which affirmed
the decision of the Board of Supervisors of East Donegal
Township granting final, unconditional approval for the
proposed expansion of the village of Rivermoor, a planned
residential development, located in East Donegal Township.

The issue raised before this Court, regarding the proper
construction of the phrase "available for service to the
public," is identical to one of the three issues raised before
Common Pleas. Our review of both the record and the
relevant case law reveals that Common Pleas correctly
determined the issue, and, accordingly, we affirm the able
and well-reasoned opinion of the Honorable Michael J. Pere-
zous, writing for the Court of Common Pleas of Lancaster

County, in *In Re: Appeal of the Marietta Gravity Water Company from the Decision of the East Donegal Township Board of Supervisors–Village at Rivermoore Plan,* (Lancaster County, No. 3307 of 1989, order and opinion filed December 7, 1990), 10 D. & C. 4th 50.

## ORDER

AND NOW, this 24th day of January 1992, the order of the Court of Common Pleas of Lancaster County in the above-captioned matter is affirmed.